UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONELL CARTER,

        Plaintiff,

v.

MARK HACKEL, MACOMB COUNTY
JAIL FOOD SERVICE STAFF,
MACOMB COUNTY JAIL MENTAL
HEALTH SERVICE STAFF, and
MACOMB COUNTY JAIL MEDICAL
DEPARTMENT STAFF,

        Defendants,
_____/

CASE NO. 2:10-12002
HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

## JUDGMENT

Plaintiff, Donell Carter, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. For the reasons set forth in an Opinion & Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED.**

        s/PATRICK J. DUGGAN
        UNITED STATES DISTRICT JUDGE

Date: August 17, 2010

Copy To:
Donell Carter, #20801
Macomb County Jail
43565 Elizabeth
PO Box 2308
Mount Clemens, MI 48043